Brendan M. Ford (#224333)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000

Nathan K. Davis (admitted *pro hac vice*)
SNELL & WILMER L.L.P.
1200 17th Street
Suite 1900
Denver, CO 80202
Telephone: (303) 634-2000

Attorney for Defendants
LOUISVILLE LADDER INC.
and HOME DEPOT USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HILLMAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HOME DEPOT USA, INC.;<br>LOUISVILLE LADDER, INC.,<br>and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | CASE NO.: C09 05505 PJH<br><br>**ORDER APPROVING JOINT STIPULATION TO WITHDRAW MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, MOTION TO STRIKE, AND PLAINTIFF'S REQUEST FOR EXEMPLARY DAMAGES**<br><br>Date of Removal: November 20, 2009<br>Trial Date:　None<br><br>Hearing<br>Date: February 3, 2010<br>Time: 9:00 a.m.<br>Courtroom: 3<br>Judge: Hon. Phyllis J. Hamilton |

　　　THIS MATTER comes before the Court on the parties' Joint Stipulation to Withdraw Motion to Dismiss for Failure to State a Claim for Relief upon which Relief Can Be Granted, Motion to Strike, and Plaintiff's Request for Exemplary

Damages. Having considered this Joint Stipulation and being otherwise fully advised in the premises, the Court hereby approves the parties' Joint Stipulation. Plaintiff's request for exemplary damages is hereby deemed withdrawn and stricken from Plaintiff's Complaint; Louisville Ladder's Motion to Dismiss and Motion to Strike are hereby deemed withdrawn; and the motions hearing noticed for February 3, 2010 at 9:00 a.m. is hereby vacated.

SO ORDERED this 22nd day of December, 2009.



Honorable Phyllis J. Hamilton,
United States District Judge

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

**STEVEN HILLMAN V. LOUISVILLE LADDER, ET AL.**
**United States District Court – Northern District – Case No. C 09-05505 MEJ**
Sonoma County Court – Case No. SCV 245830
(Submitted for removal to Federal Court 11/20/09)

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689.

On December 18, 2009, I served, in the manner indicated below, the foregoing document described as **ORDER APPROVING JOINT STIPULATION TO WITHDRAW MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, MOTION TO STRIKE AND PLAINTIFF'S REQUEST FOR EXEMPLARY DAMAGES** on the interested parties in this action by placing copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

| Terence A. Redmond<br>LAW OFFICES OF TERENCE A. REDMOND<br>473 Jackson Street<br>San Francisco, CA 94111 | **ATTORNEYS FOR PLAINTIFFS**<br><br>Phone: (415) 395-9000<br>Fax: (415) 395-9206<br>E-mail: lotar@sbcglobal.net |
|---|---|

☐ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

☐ BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

☒ BY ELECTRONIC SERVICE: [CM/ECF] I caused such document to be delivered by electronic service as it has been authorized and agreed upon to service electronically in this action to the parties below, to the email address listed above. (F.R.C.P. 5(b)(2)(E)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 18 2009, at Costa Mesa, California.

*Julie Wall*
Julie Wall

10916282.1

PROOF OF SERVICE