UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVEN HILLMAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HOME DEPOT USA, INC.;<br>LOUISVILLE LADDER, INC.,<br>and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | CASE NO.: C09 05505 PJH<br><br>**[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Date of Removal: November 20, 2009<br>Trial Date:　None<br><br>Courtroom: 3<br>Judge: Hon. Phyllis J. Hamilton |
|---|---|

THIS MATTER comes before the Court on the Joint Stipulation of Dismissal with Prejudice. It is therefore,

ORDERED that this matter be dismissed with prejudice and that each party shall pay their own costs and attorneys fees.

1    DATED this ___19th___ of February, 2010

                                            BY THE COURT:

                                            _____
                                            Phyllis J. Hamilton, U.S. District Judge